

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-19-00050-CV
No. 02-19-00051-CV
No. 02-19-00052-CV
No. 02-19-00053-CV
No. 02-19-00054-CV
No. 02-19-00055-CV
No. 02-19-00056-CV

---

IN THE MATTER OF S.L.

---

On Appeal from County Court at Law No. 1
Denton County, Texas
Trial Court Nos. JV-2018-00424, JV-2018-00536, JV-2018-00692, JV-2018-00693,
JV-2018-00694, JV-2018-00706, JV-2018-00712

---

Before Womack, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant's Motion to Dismiss Appeals," "Supplemental Appellant's Motion to Dismiss Appeals," and "Second Supplemental Appellant's Motion to Dismiss Appeals." We grant the motions and dismiss the appeals. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: May 30, 2019